In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-344 CV


____________________



WYETH, Appellant



V.



JERRY COFFEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE


ESTATE OF CYNTHIA CAPPEL, DECEASED, AND AS NEXT FRIEND


OF RACHEL COFFEY, SARAH COFFEY, AND JENNIFER COFFEY, Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-167,334






MEMORANDUM OPINION


 The appellant, Wyeth, and the appellee, Jerry Coffey, Individually and as
Representative of the Estate of Cynthia Cappel, Deceased, and as Next Friend of Rachel
Coffey, Sarah Coffey, and Jennifer Coffey, filed a joint motion to abate the appeal for
settlement. On April 12, 2007, we abated the appeal, vacated the trial court's judgment and
remanded the case to the trial court for further proceedings to effectuate the parties'
settlement agreement. On remand, the trial court approved the parties' settlement agreement
and entered a judgment in compromise and settlement of all claims and causes of action and
discharged the sureties on the supersedeas bond. A supplemental clerk's record filed on June
6, 2007, contains the trial court's order approving the parties' settlement agreement and final
judgment. We reinstate the appeal for final disposition. The appeal is dismissed in
accordance with the joint motion of the parties. Tex. R. App. P. 42.1(a)(2). Each party shall
bear its own costs.

 APPEAL DISMISSED.




 ______________________________

 STEVE McKEITHEN

 Chief Justice




Opinion Delivered June 21, 2007

Before McKeithen, C.J., Kreger and Horton, JJ.